UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYNE LABOEUF,<br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS,<br>INC., ET AL.,<br>Defendant(s) | CIVIL ACTION<br><br>No. 16-cv-12419 L(1)<br>Judge: Eldon E. Fallon<br>Magistrate Judge: Sally Shushan |

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes the plaintiff, WAYNE LABOUEF, who respectfully seeks to Supplement and Amend his Original Complaint as follows:

I.

To supplement and amend Complaint to add the Paragraph 2(g) as follows:

"2.

g. **GENERICS BIDCO I, LLC dba QUALITEST PHARMACEUTICALS.** is a corporation organized under the laws of Alabama conducting business in Louisiana at all relevant times including, but not limited to, business related to Risperidone."

II.

Plaintiff wishes to substitute Generics Bidco I, LLC dba Qualitest Pharmaceuticals., in the place of, Brenn Distribution, Inc. This correction is to be made throughout the entire Petition an in any matter where the petitioner refers to Brenn Distribution, Inc.

III.

Plaintiff wishes to remove, any and all claims, against the defendant, VINTAGE PHARMACEUTICALS, LLC (incorrectly names in the Complaint as Endo Pharmaceuticals, Inc. and hereinafter referred to as "Vintage"), as set forth in paragraph 2(f), of his Complaint including the prayer of said document.

Plaintiff wishes to reiterate and reaver any and all statements and/or facts raised in the original Complaint as if were copied here *in extenso.*

RESPECTFULLY SUBMITTED,

320 North Carrollton Avenue
Suite 101
New Orleans, LA 70119
Telephone: (504) 486-4343
Facsimile: (504) 297-1429

BY: *John D. Sileo*
     **JOHN D. SILEO (La. Bar Roll # 17797)**
     **CASEY W. MOLL (La. Bar Roll # 35925)**