UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WAYNE LABOEUF | * | |
| | * | |
| Plaintiff, | * | Civil Action No.: 16-CV-12419 L(1) |
| | * | |
| versus | * | Judge: ELDON E. FALLON |
| | * | |
| JANSSEN PHARMACEUTICALS, INC., ET AL., | * | Magistrate Judge: SALLY SHUSHAN |
| | * | |
| Defendants. | * | |
| | * | |

**************************************

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

**MAY IT PLEASE THIS HONORABLE COURT:**

Undersigned counsel has advised plaintiff, Wayne LaBoeuf, of his intent to withdraw as counsel of record on his behalf and the plaintiff has voiced no objection to same. Plaintiff's last known address is P.O. Box 315, Montegut, LA 70377 and phone number (985)-594-5661. Plaintiff, Wayne LeBouef, has been notified of all deadlines and pending court appearances via certified USPS mail.

For this reason, plaintiff respectfully requests this Honorable Court allow John D. Sileo, Casey W. Moll and John D. Sileo, LLC to withdraw as counsel of record.

Respectfully submitted,

/s/ *JOHN D. SILEO*
JOHN D. SILEO, (LA. BAR NO.: 17797)
CASEY W. MOLL (LA. BAR NO.: 35925)
320 North Carrollton Avenue, Suite 101
New Orleans, Louisiana 70119
TELE: (504) 486-4343
FAX: (504) 297-1249
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

Pursuant to Federal Rule of Civil Procedure 15 and Rule 7.6 of the Local Rules of the United States District Court for the Eastern District of Louisiana, I hereby aver that counsel for Plaintiff has conferred with counsel for Defendants, and counsel for Defendant has no objection to the request for John D. Sileo and John D. Sileo, LLC to be withdraw as counsel of record for plaintiff, Wayne LaBoeuf.

*/s/ John D. Sileo*
John D. Sileo
Casey W. Moll

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 4, 2017, I have electronically filed notice of the foregoing with the Clerk of the Court using the ECF-Pacer system and served a copy of the foregoing by electronic filing and/or by placing a copy of same in the United State mail, properly addressed and first-class postage prepaid. I hereby certify that Plaintiff, Wayne LeBouef, has been notified of all deadlines and pending court appearances via certified USPS mail.


John D. Sileo, Esq.
Casey W. Moll, Esq.
John D. Sileo, LLC
320 North Carrollton Avenue, Suite 101
New Orleans, Louisiana 70119
504-486-4343 (phone)
504-297-1249 (facsimile)
jack@johnsileolaw.com
casey@johnsileolaw.com
**ATTORNEY FOR PLAINTIFF**