**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| WAYNE LEBOEUF | CIVIL ACTION |
| VERSUS | NO. 16-12419 |
| JANSSEN PHARMACEUTICALS INC., ET AL | SECTION: L (5) |

## J U D G M E N T

A hearing on defendants Janssen Pharmaceuticals Inc., Janssen Research & Development LLC, Johnson & Johnson and Patriot Pharmaceuticals, LLC's Motion to Dismiss for Lack of Prosecution, (Rec. doc. 41), was set for this date. Pro Se Plaintiff, Wayne LeBoeuf, failed to appear for said hearing, and the motion was granted as unopposed. Accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendants, Janssen Pharmaceuticals Inc., Janssen Research & Development LLC, Johnson & Johnson and Patriot Pharmaceuticals, LLC, dismissing said plaintiff's claims, with prejudice, and costs.

New Orleans, Louisiana, this __6th__ day of September, 2017.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**